# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 1:11-CR-109

UNITED STATES OF AMERICA

V.

MIMI WYATT CLARK

FILED
CHARLOTTE, NC

MAY 0 3 2018

US District Court
Western District of NC

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court. On December 30, 2013, the "Judgement" of this court [Doc. 29] directed that restitution of $1,138.82 be paid to Dr. Charles Hoover, DDS, PA. Payments were made payable to Dr. Charles Hoover, DDS, Pa at the address of his dental practice attention Judy Stoner, Officer Manager.

On March 29, 2018, the Clerk received a certified letter from Dr. Kevin W. Hoover, DDS, PA, the adult son of Dr. Charles Hoover, informing the Clerk that Dr. Charles Hoover was deceased. A Report of Death of a U.S. Citizen or U.S. Non-Citizen National Abroad was provided to the Clerk showing that Dr. Charles Hoover died on March 28, 2017, in the HuangShan People's Hospital, Anhui,

China due to heart failure.

Dr. Kevin Hoover has also provided the Clerk with documentation from the North Carolina Department of the Secretary of State showing he is now the legal owner of the Charles W. Hoover, DDS, PA, Corporation and Dr. Kevin Hoover is requesting that the restitution payments continue to be sent to this legal corporation in his name, Kevin W. Hoover.

Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments in this case previously directed to be paid to Dr. Charles W. Hoover, DDS, PA, and make them payable to Dr. Kevin W. Hoover, DDS, PA, at the address provided to the Financial Department.

So **ORDERED, this 3rd day of May, 2018.**

*Frank G. Johns, Clerk*